

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:     01-12-01161-CV

Trial Court Cause
Number:     2001-32761

Style:     Michael D. Lesem

     **v** Liane Mouradian

Date motion filed[*]:     May 10, 2013

Type of motion:     Unopposed Motion to Extend Time to File Appellant's Reply Brief

Party filing motion:     Appellant

Document to be filed:     Reply Brief

Is appeal accelerated? ☐ YES     ☒ NO

If motion to extend time:

     Original due date:          May 14, 2013

     Number of previous extensions granted:     0

     Date Requested:          May 21, 2013

Ordered that motion is:

     ☒ Granted

          If document is to be filed, document due: **May 21, 2013**

          ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐ Other: _____

_____

_____

_____

Judge's signature: /s/ Evelyn V. Keyes
          ☒ Acting individually     ☐ Acting for the Court

Panel consists of:     Justices Keyes, Higley, Bland

Date:  May 14, 2013